United States District Court
Southern District of Texas
**ENTERED**
August 14, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Doris Scott, §<br>  *Plaintiff,* §<br> §<br> v. §<br> §<br> Andrew Saul, §<br> Commissioner of the Social §<br> Security Administration, §<br>  *Defendant.* § | CIVIL ACTION NO. H-18-4759 |

## ORDER OF ADOPTION

On July 30, 2020, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 15), recommending that Doris Scott's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas this __14__ day of August, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE